IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEBORAH ALLAIRE                                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 5:08cv19DCB-JMR

LIFE INS. CO. of GA, ET. AL.                                                            DEFENDANTS

## FINAL JUDGMENT

This matter is before the Court and pursuant to the memorandum opinion issued this day, IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed without prejudice.

This the 26th day of September, 2008

       s/John M. Roper Sr.
       UNITED STATES MAGISTRATE JUDGE